The relief described hereinbelow is SO ORDERED.

Signed November 27, 2006.



Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| IN RE: | § | |
|---|---|---|
| | § | |
| JOHN DAVID RIOJAS AND | § | CASE NO. 05-53129-RBK |
| SALLY LORRAINE RIOJAS, | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

**ORDER DENYING APPLICATION**

On this date came on to be considered the "Application for Payment of Dividend from Unclaimed Funds" filed by **Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, on behalf of Sallie Mae, Inc.** ("Claimant") (Court document #13), and it appears to the Court that the Application should be denied for the reason that there is no proof that Sallie Mae, Inc. is the loan servicer for Nelnet, the listed creditor.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the above-referenced *Application for Payment of Dividend* is hereby **DENIED**.

# # #